# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 15-60601
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

June 15, 2016

Lyle W. Cayce
Clerk

JUAN ANTONIO MELGAR–MELGAR,

Petitioner,

v.

LORETTA LYNCH, U. S. ATTORNEY GENERAL,

Respondent.

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A098 998 193

Before KING, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM:[*]

Juan Antonio Melgar-Melgar petitions for review of the decision by the Board of Immigration Appeals (BIA) to dismiss his appeal of the Immigration Judge's (IJ) order denying his motion to reopen. Melgar-Melgar's conclusional assertion that he did not receive notice of the removal hearing fails to show any abuse of discretion in the denial of his motion to reopen. *See Zhao v. Gonzales*, 404 F.3d 295, 303-04 (5th Cir. 2005). We lack jurisdiction to review

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-60601

Melgar-Melgar's due process claims because he failed to exhaust them before the BIA. *See Claudio v. Holder*, 601 F.3d 316, 318-19 (5th Cir. 2010); *Omari v. Holder*, 562 F.3d 314, 319-21 (5th Cir. 2009).

Melgar-Melgar's petition for review is DENIED in part and DISMISSED in part for lack of jurisdiction.